*also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.

■■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., Respondent, et al., Defendants. (Appeal No. 3.) [759 NYS2d 414] —Appeal from a judgment of Supreme Court, Jefferson County (Gilbert, J.), entered March 8, 2002, which, inter alia, dismissed the amended complaint against defendant Wal-Mart Stores, Inc.

■■ MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., et al., Defendants, and BERNIER, CARR & ASSOCIATES, P.C., Respondent. (Appeal No. 6.) [759 NYS2d 415] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered

March 20, 2002, which granted the motion of defendant Bernier, Carr & Associates, P.C. for partial summary judgment and dismissed the ninth cause of action against it.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.